# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00616-CV

**Kaneshia Green, Appellant**

**v.**

**Lois Johnson, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## NO. C-1-CV-21-004691, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on April 4, 2022. On April 14, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by April 22 would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time or otherwise responded to our notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed for Want of Prosecution

Filed: June 17, 2022